Dismissed and Memorandum Opinion filed August 14, 2003









Dismissed and Memorandum Opinion filed August 14,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00838-CR

NO. 14-03-00839-CR

NO.
14-03-00840-CR

____________

 

JOSE RAMON FLORES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 174th District Court

Harris County, Texas

Trial
Court Cause Nos. 894,089, 894,090, & 894,091

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to three charges of aggravated
sexual assault of a child.  On June 13,
2003, the trial court sentenced appellant to confinement for twenty-five years
in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  We dismiss the appeals.  








In each case, the trial court entered a certification of the
defendant=s right to appeal in which the court
certified that appellant waived his right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 14, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).